COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Dale Robin Miller      DOC #479249
Louisiana State Penitentiary
Camp D, Eagle 3
Angola LA 70712

REHEARING ACTION: April 20, 2016

**Docket Number: 15   00929-KH**

**STATE OF LOUISIANA
VERSUS
DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 92,141**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Dale Robin Miller** is:

> **REHEARING DENIED.**  See Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Keith A. Stutes, Counsel for  the Respondent